Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

_____9th_____ Division

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

**MAY 1 1 2023**

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

| | |
|---|---|
| Robert Richardson | Case No. **2 23-CV·084** |
| | *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Jury Trial: *(check one)* ☑ Yes ☐ No |
| **-v-** | |
| Forsyth County Sheriffs Office , Forsyth County, Sheriff Ron Freeman, LT. B. Loring, Officer K.C Mitchell, Officer M.K. Southard, Officer B. Agerton, Officer S. J Roberts, Officer T Richards | |
| *Defendant(s)* | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)* | |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Robert Richardson |
| Address | 60 Lee Rd |
| | Stockbridge |

| City | State | Zip Code |
|---|---|---|
| Stockbridge | GA | 30281 |

| | |
|---|---|
| County | Henry |
| Telephone Number | 470-969-1159 |
| E-Mail Address | Richafics@icloud.com |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

**Defendant No. 1**

| | |
|---|---|
| Name | Forsyth County Sheriffs Office |
| Job or Title (if known) | Government Agency |
| Address | 100 EAST COURTHOUSE SQUARE |

| City | State | Zip Code |
|---|---|---|
| Cumming | GA | 30040 |

| | |
|---|---|
| County | Forsyth |
| Telephone Number | 770.781.2222 |
| E-Mail Address (if known) | |

[ ] Individual capacity    [✓] Official capacity

**Defendant No. 2**

| | |
|---|---|
| Name | M. Southard |
| Job or Title (if known) | Forsyth County Sheriffs Office |
| Address | 100 EAST COURTHOUSE SQUARE |

| City | State | Zip Code |
|---|---|---|
| Cumming | GA | 30040 |

| | |
|---|---|
| County | Forsyth |
| Telephone Number | 770.781.2222 |
| E-Mail Address (if known) | |

[✓] Individual capacity    [ ] Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3

| | |
|---|---|
| Name | B. Loring |
| Job or Title *(if known)* | Forsyth County Sheriffs Office |
| Address | 100 EAST COURTHOUSE SQUARE |
| | Cumming |

| City | State | Zip Code |
|---|---|---|
| Cumming | GA | 30040 |

| | |
|---|---|
| County | Forsyth |
| Telephone Number | 770.781.2222 |
| E-Mail Address *(if known)* | |

✓ Individual capacity    ☐ Official capacity

Defendant No. 4

| | |
|---|---|
| Name | Forsyth County |
| Job or Title *(if known)* | Forsyth County Goverment |
| Address | 100 EAST COURTHOUSE SQUARE |

| City | State | Zip Code |
|---|---|---|
| Cumming | GA | 30040 |

| | |
|---|---|
| County | Forsyth |
| Telephone Number | 770.781.2222 |
| E-Mail Address *(if known)* | |

☐ Individual capacity    ✓ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

✓ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

This action seeks money damages because of Forsyth county deputy sheriff's participation in private parties' wrongful deprivation of Plaintiff's property, life and liberty. Plaintiff alleges that all of the Defendants acted under color of state law and violated Plaintiff's rights under the Fourth and Fourteenth Amendments to the Constitution of the United States. Plaintiff spent time in jail, lost his occupation with all benefits to include healthcare, salary, company vehicle, retirement benefits, pension; Plaintiff ◼

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

D.     Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Forsyth County- Forsyth County Sheriffs Office works for and under the county for the benefit of the residents.
Forsyth County Sheriffs Office- All defendants work under this organization.
ACCG-GOVERNMENT EMPLOYEE BENEFITS CORPORATION- Provides insurance to Forsyth County

## III.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.     Where did the events giving rise to your claim(s) occur?

Unlawful Traffic Stop led to Unlawful Arrest
Traffic Stop- May 23 2020 2:07 AM

B.     What date and approximate time did the events giving rise to your claim(s) occur?

Traffic Stop- May 23 2020 2:07 AM

C.     What are the facts underlying your claim(s)? *(For example:  What happened to you?  Who did what? Was anyone else involved?  Who else saw what happened?)*

See Attachment.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Loss on Income
Unemployment
Mental Stress, Anxiety, & Depression
Constitutional Violations
Racial Profiling

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

Money Damages to be determined by jury
See Attachment- Loss of Employment over 2 year- Actual damages over $300,000.00, Punitive
Mental Wellness- Punitive
Constitutional Violation- Punitive

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:          05/09/2023

Signature of Plaintiff

Printed Name of Plaintiff          Robert Richardson

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

|  | City | State | Zip Code |
|---|---|---|---|

Telephone Number

E-mail Address

**IN THE**
**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**

|  |  |  |
|---|---|---|
| **ROBERT EMMANUEL RICHARDSON** | : : : : | |
| Plaintiff, : | | **CIVIL CASE NO.** |
| : | | **NO.** |
| Vs. : | | |
| **Forsyth County Sheriffs Office , Forsyth County, Sheriff Ron Freeman, LT. B. Loring, Officer K.C Mitchell, Officer M.K. Southard, Officer B. Agerton, Officer S. J Roberts, Officer T Richards, ACCG-GOVERNMENT EMPLOYEE BENEFITS CORPORATION** | : | |
| Defendant : | | |
| : | | |

## COMPLAINT

### Jury Demand

1. This action seeks money damages because of Forsyth county deputy sheriff's participation in private parties' wrongful deprivation of Plaintiff's property, life and liberty. Plaintiff alleges that all of the Defendants acted under color of state law and violated Plaintiff's rights under the Fourth and Fourteenth Amendments to the Constitution of the United States. Plaintiff spent time in jail, lost his occupation with all benefits to include healthcare, salary, company vehicle, retirement benifits, pension; Plaintiff reserves the right to compensatory and punitive damages in light of more evidence coming to bear during the discovery process.

### Jurisdiction

2. This Court has jurisdiction over Plaintiff's federal claim under 42 U.S.C. § 1983. The Court has supplemental jurisdiction over Plaintiff's second and third claims, which are based on federal law, under 4th and 14th amendment of the U. S C §.

3. Venue in the United States District Court for the Northern District of Georgia is

1

proper pursuant to 42 U.S.C. § 1983.

## Parties

4. Plaintiff Robert Richardson is an individual who resides at 60 Lee Rd Stockbridge GA 30281.

5. Forsyth County Sheriffs Office(FCSO) (all associated officer named above), is non-profit organization tasked with protecting its residents while upholding the law; has its principal place of business in Forsyth County, Georgia. It acted in concert with the other Defendants in the wrongful arrest and subsequent lose of Plaintiff's job at MetLife as a property adjuster.

6. Defendant Ron H. Freeman was elected to County Sheriff in 2016, Sheriff Freeman began his career in 1987 at Forsyth County Sheriffs Office and has been in law enforcement for over 32 years. Sheriff Freeman is well versed in all operations of the agency and has served in nearly every command. He entered his second term as Sheriff in 2021. Sheriff Freeman, as all Georgia Sheriffs, is a constitutional officer and works directly for the residents of Forsyth County and not for any other Government entity. He answers directly to the County of Forsyth County. The Georgia Constitution mandates that Sheriffs oversee the jail, keep the security of the courts and serve the court's papers, and is to provide general law enforcement for the County.

6. Defendant M. Southard was an employee of FCSO. At all times mentioned herein, he acted both on his own and at the direction of Forsyth County Sheriffs Office and in concert with the other Defendants. Defendant Southard is the Officer that conducted the arrest. He is sued both in his official and individual capacity.

7. Defendant Deputy LT. B. Loring is a deputy sheriff employed by Forsyth County. At all times relevant hereto he acted in concert with the other Defendants and under color of state law.He is sued both in his official and individual capacity. As he was the highest ranking Officer associated with the arrest.

8. Defendant Forsyth County is the local governmental unit for which Defendant Deputies worked at all times relevant hereto.

9. Defendant ACCG-GOVERNMENT EMPLOYEE BENEFITS CORPORATION insures the above goverment corporation for law enforment liablity insurance.

## Facts

9. On or about May 23 2020 at 2:07AM, Plaintiff Richardson was near Mcginnis Ferry Rd proceeding west when he noticed a patrol vehicle making a sudden U-Turn. The patrol vehicle then activated its emergency lights. Mr. Richardson immediately activated his emergency lights and attempted to get to a safe area. Mr. Richardson reduced the speed of his vehcile to below the posted speed limit. Within two mintues  Officer Southard

2

conducted a PIT manuvauer. Mr. Richardson was in a company vehcile registered to Gleco Fleet Trust, 940 Ridgebrook Rd Sparks, MD 21152. Vehcile sustained signifigant damage. Mr. Richardson came in contact with Officer Southard first while on the ground; when Mr. Richardson asked Officer Southard the reason for the stop; Officer Southard stated he smelled marijuana, no illict materials were found. Officers on-site apprehended Mr. Richardson and a passenger Bryanna Carlson. Officer interviewed both suspects with Mr. Richardson being arrested for DUI, Driving on a suspended license, Failure to obey traffic control device and fleeing or attempting to elude. Bryanna Carlson was released on-site. Mr. Richardson was transported to Forsyth County jail for inprocessing.

### First Claim
42 U.S.C. § 1983--Against All Defendants

A. On first claim, a judgment for compensatory and punitive damages in an amount to be determined at trial, plus reasonable attorney fees pursuant to 42 U.S.C. § 1988, against all Defendants;

10. The seizure of Plaintiff's vehicle was unreasonable.

11.Deputy made an unreasonable and warrantless seizure of Plaintiff's property in violation of the Fourth Amendment to the Constitution of the United States as incorporated and applied to the states by way of the Fourteenth Amendment to the Constitution of the United States. Deputies unlawfully deprived Plaintiff of his property without due process of law in violation of the Fourteenth Amendment to the Constitution of the United States. As a proximate result of Defendants' actions, Plaintiff has been deprived of his occupation, income, vehicle, has incurred expenses for alternate transportation, and has suffered extreme embarrassment, shame, anxiety, and mental distress.

12. Pursuant to the Fourth, and Fourteenth Amendments to the United States Constitution, which reads proscription of unreasonable searches and seizures governs federal prosecutions by its express terms and state prosecutions by incorporation into the Due Process Clause of the Fourteenth Amendment, Mapp Ohio, 367 U.S. 643 (1961). It regulates the actions of the police, other law enforcement agents, other government officials act to reasonably. It regulates the actions of the police, other law enforcement agents, other government officials act to reasonably.

13. Defendants at all times relevant to this action were acting under color of state law.

14. At all times relevant hereto, Defendant Deputies acted pursuant to a policy or custom of Defendant County of assisting Pro-active Policing.

15. Forsyth County Sheriffs Office failed to adopt clear policies and failed to properly train its deputies as to the proper role of officers in enforcement of the law. There is no procedure for when a PIT should be used during a purisut.

3

16. Defendant County's policy or custom, and its failure to adopt clear policies and failure to properly train its deputies, were a direct and proximate cause of the constitutional deprivation suffered by Plaintiff. Plantiff was unemployed as a result for over 2 years. Salary combined with benifits Plaintiff was making $110,000.00 dollars. Compensatory damages estimated above $300,000.00.

## Second Claim

B. On second claim, a judgment for compensatory and punitive damages in an amount to be determined at trial, against Defendants above.

17.Unlawful Arrest, Deputy Southard made an unreasonable and warrantless arrest of Mr. Richardson. Forsyth County Sheriffs Office failed to adopt clear policies and failed to properly train its deputies as to the proper role of officers in law Enforcement. Officer Southard did not know how to identify probable cause; which resulted in the above mentioned occurences. A Ranking Officer LT. B. Loring was also on-site and based on the States Case Supplemental Report; Officer Southard advised he recieved the approval for the PIT maneuver from Officer B. Loring.

## Third claim

C.On third claim, a judgment for compensatory and punitive damages in an amount to be determined at trial, against Defendants above.

18. Racial Profiling in taffic stops. Officer Southard did not put a moving offence on the citation because there was no originating charge or nexus to initiate the stop. It works against common sense to conclude that Office Southhard can smell any substance emanating from a moving vehicle while his vehicle is also in motion and both windows sealed in both moving vehicles. Officer Southard had no reason to make contact with Mr. Richardson.  When the actions of a officer have no logical backing and works against their lawfully sworn duty it can be safe to safe that race was a factor.

A. A jury trial on all appropriate issues;
B. An award of costs and expenses against the Defendants;
C. Any and all other relief this Court may deem appropriate.

Respectfully submitted,

 Plaintiff, Robert Richardson

Respectfully submitted,
On this 9th day of May 2023

4

*May 9th*

By: Robert Emmanuel Richardson

Richafics@icloud.com
470-969-1159

60 Lee Rd
Stockbridge,GA30281

## CERTIFICATE OF SERVICE

I do hereby certify that I have this day either notified the following Judges, State Counsels, and clerks

*mail*

with a copy of the foregoing of Civil Suit 42 U.S.C. § 1983 by ~~walk~~-in service:

Richard B. Russell Federal Building & United States Courthouse
2211 United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

*Notary: Jorge Quinto Jr*
*5-9-23*
*EXP. 8-22-26*

5



# Your Social Security Statement

ROBERT E. RICHARDSON                                    May 8, 2023

## Retirement Benefits

You have earned enough credits to qualify for retirement benefits. To qualify for benefits, you earn credits through your work - up to four each year.

Your full retirement age is **67**, based on your date of birth: November 26, 1989. As shown in the chart, you can start your benefits at any time between **ages 62** and **70. For each month you wait to start your benefits, your monthly benefit will be higher—for the rest of your life.**

These personalized estimates are based on your earnings to date and assume you continue to earn $36,012 per year until you start your benefits. Learn more at *ssa.gov/benefits/retirement/learn.html* .

## Personalized Monthly Retirement Benefit Estimates (Depending on the Age You Start)



| Age Retirement Benefits Start | Monthly Benefit Amount |
|---|---|
| 62 | $1,254 |
| 63 | $1,340 |
| 64 | $1,430 |
| 65 | $1,549 |
| 66 | $1,668 |
| 67 | $1,787 |
| 68 | $1,811 |
| 69 | $1,954 |
| 70 | $2,216 |

## Disability Benefits

You have earned enough credits to qualify for disability benefits. If you became disabled right now and you have enough recent work, your monthly payment would be about **$2,053**. Learn more at *ssa.gov/disability*.

## Survivors Benefits

You have earned enough credits for your eligible family members to receive survivors benefits. If you die this year, members of your family who may qualify for monthly benefits include:

| | |
|---|---|
| Minor child: | **$1,882** |
| Spouse, if caring for a disabled child or child younger than age 16: | **$1,882** |
| Spouse, if benefits start at full retirement age: | **$2,509** |
| Total family benefits cannot be more than: | **$4,461** |

Your spouse or minor child may be eligible for an additional one-time death benefit of **$255**. Learn more at *ssa.gov/survivors*.

## Medicare

You have enough credits to qualify for Medicare at age 65.

Medicare is the federal health insurance program for people:

- age 65 and older,
- under 65 with certain disabilities, and
- of any age with End-Stage Renal Disease (ESRD) (permanent kidney failure requiring dialysis or a kidney transplant).

Even if you do not retire at age 65, you may need to sign up for Medicare within 3 months of your 65th birthday to **avoid a lifetime late enrollment penalty**. Special rules may apply if you are covered by certain group health plans through work.

For more information about Medicare, visit *medicare.gov* or *ssa.gov/medicare* or call **1-800-MEDICARE (1-800-633-4227)** (TTY **1-877-486-2048**).

We base benefit estimates on current law, which Congress has revised before and may revise again to address needed changes. Learn more about Social Security's future at *ssa.gov/ThereForMe*.

## Earnings Record

Review your earnings history below to ensure it is accurate because we base your future benefits on our record of your earnings. There's a limit to the amount of earnings you pay Social Security taxes on each year. Earnings above the limit do not appear on your earnings record. **If you find an error,** view your full earnings record online and call **1-800-772-1213.**

| Work Year | Earnings Taxed for Social Security | Earnings Taxed for Medicare (began 1966) |
|---|---|---|
| 2005 | $34 | $34 |
| 2006 | $1,510 | $1,510 |
| 2007 | $0 | $0 |
| 2008 | $10,770 | $10,770 |
| 2009 | $3,588 | $3,588 |
| 2010 | $5,148 | $5,148 |
| 2011 | $3,277 | $3,277 |
| 2012 | $8,426 | $8,426 |
| 2013 | $20,830 | $20,830 |
| 2014 | $34,715 | $34,715 |
| 2015 | $15,149 | $15,149 |
| 2016 | $7,012 | $7,012 |
| 2017 | $71,142 | $71,142 |
| 2018 | $128,400 | $132,212 |
| 2019 | $67,682 | $67,682 |
| 2020 | $56,167 | $56,167 |
| 2021 | $10,640 | $10,640 |
| 2022 | $36,012 | $36,012 |

## Taxes Paid

Total estimated Social Security and Medicare taxes paid over your working career based on your Earnings Record:

**Social Security taxes**
You paid: $29,548
Employer(s): $29,783

**Medicare taxes**
You paid: $7,016
Employer(s): $7,016

## Earnings Not Covered by Social Security

You may also have earnings from work not covered by Social Security, where you did not pay Social Security taxes. This work might have been for federal, state, or local government or in a foreign country. If you participate in a retirement plan or receive a pension based on work for which you did not pay Social Security tax, it could lower your benefits. Learn more at *ssa.gov/gpo-wep* .

## Important Things to Know about Your Social Security Benefits

- Social Security benefits are not intended to be your only source of retirement income. You may need other savings, investments, pensions, or retirement accounts to make sure you have enough money when you retire.
- You need at least 10 years of work (40 credits) to qualify for retirement benefits. The amount of your benefit is based on your highest 35 years of earnings. If you have fewer than 35 years of earnings, years without work count as 0 and may reduce your benefit amount.
- To keep up with inflation, benefits are adjusted through "cost of living adjustments."
- If you get retirement or disability benefits, your spouse and children may qualify for benefits.
- When you apply for either retirement or spousal benefits, you may be required to apply for both benefits at the same time.
- The age you claim benefits will affect your surviving spouse's benefit amount. For example, claiming benefits after your full retirement age may increase the *Spouse, if benefits start at full retirement age* amount on page 1; claiming early may reduce it.
- If you and your spouse both work, use the *my* Social Security Retirement Calculator to estimate spousal benefits.
- If you are divorced and were married for 10 years, you may be able to claim benefits on your ex-spouse's record. If your ex-spouse receives benefits on your record, that does not affect your or your current spouse's benefit amounts.
- Learn more about benefits for you and your family at *ssa.gov/benefits/retirement/planner/applying7.html* .
- When you are ready to apply, visit *ssa.gov/benefits/retirement/apply.html* .
- The *Statement* is updated annually. It is available online, or by mail upon request.

**IN THE STATE COURT OF FORSYTH COUNTY**
**STATE OF GEORGIA**

|  |  |  |  |
|---|---|---|---|
| **STATE OF GEORGIA** | : | | |
| Plaintiff, | : | **CRIMINAL CASE NO.** | |
| | : | | |
| | : | NO. ___20M-1817-B___ | |
| **Vs.** | : | | |
| **ROBERT EMMANUEL** | : | | |
| **RICHARDSON** | : | | |
| | : | | |
| Defendant | : | | |
| | : | | |

FORSYTH COUNTY
FILED IN THIS OFFICE

MAR 18 2022

CLERK SUPERIOR COURT

## <u>MOTION TO SUPPRESS & DISSMISS</u>

Come now Robert Richardson and files motion to suppress (Pro se), and respectfully moves this Court pursuant to the Fourth, and Fourteenth Amendments to the United States Constitution, which reads proscription of unreasonable searches and seizures governs federal prosecutions by its express terms and state prosecutions by incorporation into the Due Process Clause of the Fourteenth Amendment, Mapp v. Ohio, 367 U.S. 643 (1961). It regulates the actions of the police, other law enforcement agents, other government officials act to reasonably. PLEASE TAKE NOTICE that on May 23, 2020, at 2:07 a.m. or soon thereafter as all can see from the Arresting Citations and Case Supplemental Report the following evidence is inadmissible due to Officer Southhard not having probable cause or reasonable suspension that any crime was afoot. Any and all items of evidence allegedly seized from Mr. Richardson, including, but not limited to, any and all statements made by Mr. Richardson to any law enforcement officials, toxicology reports to include urine, and physical evidence obtained from the unlawful and unreason stop and search of Mr. Richardson.

- 1 -

## GROUNDS FOR SUPPRESSION

In support of this motion, Defendant states upon further review of the States Discovery and video evidence provided by the State, grounds for a Motion to Suppress & Dismiss in this unconsented altercation between Defendant Richardson and Officer Southhard:

1. Officer did not put a moving offence on the citation because there was no originating charge or nexus to initiate the stop.

2. It works against common sense to conclude that Office Southhard can smell any substance emanating from a moving vehicle while his vehicle is also in motion and both windows sealed in both moving vehicles.

3. Officer Southhard also put the wrong vehicle model on the traffic citation despite having the VIN (Vehicle Identification Number) and vehicle badges readily available. Instead, Officer Southhard notated that the vehicle was a 2020 CHEV X6, which does not exist.

4. Officer Southhard also did an inquiry on the vehicles license plate which reflected NY plates JMS4472 NY and expired November of 2022. Which pulled back a registration for a fleet vehicle reflecting Gelco Fleet Trust 940 Ridgebrook Rd, Sparks MD 21152. Officer did not know defendants license was suspended until after Defendant was detained.

5. In UNITED STATES OF AMERICA, Plaintiff, v. DAVON GRAY, Defendant. *United States Gray*, Case No. 1:18-cr-00027-TWP-TAB (S.D. Ind. Jul. 9, 2021) The Fourth Amendment guarantees "the right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures." U.S. Const. amend. IV. Because a traffic stop constitutes a "seizure" under the Fourth Amendment, it is "subject to the constitutional imperative that it not be 'unreasonable' under the circumstances." *Whren v. United States*, 517 U.S. 806, 810 (1996). The Court found the Officer's claims that two ounces of raw marijuana can be smelled from his patrol vehicle to be incredible and work against the laws common sense.

Wherefore, the defense respectfully requests this Court to order a response to the foregoing materials.

Respectfully submitted,
On this 18th day of March 2022

By: Robert Emmanuel Richardson



404-576-9795

Richafics@icloud.com

60 Lee Rd
Stockbridge,GA30281

IN THE STATE COURT OF FORSYTH COUNTY
STATE OF GEORGIA

STATE OF GEORGIA

V.

Robert Richardson

FORSYTH COUNTY GEORGIA
FILED IN THIS OFFICE

MAY 09 2022

CLERK SUPERIOR COURT

* CASE/WARRANT.: 20M-1817-B

NOLLE PROSEQUI

(1) A Nolle Prosequi of all charges contained in the above and foregoing Indictment/Accusation is HEREBY ENTERED for the following reason(s):

[✓] Due to insufficient evidence to prove the charges contained therein beyond a reasonable doubt;

[ ] At the request, or due to unavailability, of the alleged victim;

[ ] A co-defendant, _____, has pled guilty and given sworn testimony exonerating this defendant;

[✓] Other: Fleeing and eluding charge occurred in Fulton county which was predicate for Richardson is those charge

(2) Pursuant to OCGA 35-3-37, criminal history record information regarding this case:

[✓] shall be restricted pursuant to OCGA 35-3-37(h)(2)(A).

[ ] shall not be restricted, pursuant to OCGA 35-3-37(i)(1), because this Nolle Prosequi is entered because:

[ ] of a plea agreement resulting in a conviction of this defendant for an offense arising out of the same underlying transaction or occurrence;

[ ] the prosecuting attorney was barred from introducing material evidence against the defendant on legal grounds;

[ ] the conduct which resulted in the arrest of the defendant was part of a pattern of criminal activity which was prosecuted in another court of the state or a foreign nation;

[ ] the defendant had diplomatic, consular, or similar immunity from prosecution.

This the 9th day of _____May_____, 2022.

_____
WILLIAM A. FINCH
FORSYTH COUNTY SOLICITOR GENERAL

APPROVED BY:
_____
Judge, STATE Court
Bell-Forsyth Judicial Circuit

VWAP Notified_____    _____

20M - 1817 - B
PNP
Petition/Order for Entry of Nolle Prosequi
2313653

DDS-32 (05/06)

**GEORGIA**
**UNIFORM TRAFFIC CITATION, SUMMONS, ACCUSATION**

| 2020-050875 | GA05800 | 3174323 |
|---|---|---|
| Court Case Number | NCIC No. | Citation Number |

**FORSYTH COUNTY SHERIFF'S OFFICE**

Upon Month **May** (Day) **23** (Year) **2020** at **02:54** ☒ AM ☐ PM

Operator License No. **054110068**

License Class or Type **CM** State **GA** Endorsements **NONE** Expires **2027**

Name **RICHARDSON, ROBERT E**

Address **60 LEE RD**

City **STOCKBRIDGE** State **GA** Zip Code **30281**

DOB **11/26/1989** Hair **Black** Hgt. **5'11**

Wgt. **165** Race **B** Sex **M** Eyes **Brown**

Veh. Yr. **2020** Make **Chevrolet** Style **X6**

Color **Gray**

Registration No. **JMS4472** Yr. **2022** State **NY**

COL ☐ YES ☒ NO    ACCIDENT ☐ YES ☒ NO    INJURIES ☐ YES ☒ NO    FATALITIES ☐ YES ☒ NO

☐ 2-LANE ROAD    ☐ DRIVER REQUESTED ACCURACY CHECK
Within the State of Georgia, did commit the following offense: SPEEDING - Clocked by
☐ VASCAR    ☐ LASER    ☐ RADAR    ☐ PATROL VEHICLE    ☐ OTHER
(Serial # _____ Calibration/Check _____ )

at _____ MPH in a _____ zone

DUI (Test Administered ☐ BLOOD ☐ BREATH ☐ URINE ☐ OTHER ) DUI Test Results _____

TEST ADMINISTERED BY (If Applicable) _____

**Section II Violation**

OFFENSE (other than above **DRIVING WHILE LICENSE SUSPENDED OR**

In Violation of Code Section **40-5-121** of ☒ State Law ☐ Local Ordinance

REMARKS/WITNESS: **SAID ABOVE WAS DRIVING ON A SUSPENDED OUT OF STATE SUSPENSION.**

PARENT INFO.

| WEATHER | (A)  ROAD  (B) | TRAFFIC | LIGHTING |
|---|---|---|---|
| ☒ Clear | ☒ Dry  ☐ Concrete | ☒ Light | ☐ Daylight |
| ☐ Cloudy | ☐ Wet  ☒ Blacktop | ☐ Medium | ☒ Darkness |
| ☐ Raining | ☐ Ice  ☐ Dirt | ☐ Heavy | ☐ Other |
| ☐ Other | ☐ Other ☐ Other | | |

COMMERCIAL VEHICLE INFORMATION

☐ 16+ Passengers    ☐ Commercial Vehicle Violation    ☐ Hazardous Material Violation

County of _____ of (city) _____

on **MCGINNIS FERRY RD**

at or near mile post _____ or within (city) _____

At / on (secondary location) **WINDWARD PKWY**

OFFICER (Print) **SOUTHARD, M.** Badge # **B3049** Div. **STH**

You are hereby ordered to appear in Court to answer this charge on the **6** day of **August**, 20 **20** (See Bond Sheet) at _____ ☐ AM ☐ PM in the **Forsyth County** Court

City **Cumming** Georgia 30040

NOTICE: This citation shall constitute official notice to you that <u>failure to appear in Court</u> at the date and time stated on this citation to dispose of the cited charges against you shall cause the designated Court to forward your driver's license number to the Department of Driver Services, and <u>your driver's license shall be suspended.</u> (Georgia Code 17-6-11 and 40-5-56) The suspension shall remain in effect until such time as there is a satisfactory disposition in this matter or the Court notifies the Department of Driver Services.

LICENSE DISPLAYED IN LIEU OF BAIL ☐ YES ☒ NO RELEASED TO: **JAIL**

SIGNATURE ACKNOWLEDGES SERVICE OF THIS SUMMONS AND RECEIPT OF COPY OF SAME

SIGNATURE _____

**ARRESTING OFFICER'S CERTIFICATION**

The undersigned has just and reasonable grounds to believe, and does believe, that the person named herein has committed the offense set forth, contrary to law.

SIGNATURE _____ Badge # **B3049**

AUTHORIZED AND APPROVED PURSUANT TO:
CODE 40-13-1 - D D S  REG. 375-3-4- 01

---

DATE _____ COURT ACTION AND OTHER ORDERS

The within complaint has been examined and there is probable cause for filing the same. Leave is hereby granted to file the complaint.

Complaint filed _____

Bail fixed at $ _____ or cash deposit of $ _____

_____ _____
Signature of person taking bail    Signature of person giving bail

Fine in the amount of $ _____ received as required by court schedule

_____
Signature of Clerk

Continuance to _____ Reason _____

Continuance to _____ Reason _____

Warrant Issued _____ Warrant Served _____

Waives Trial by Jury _____

ON ARRAIGNMENT, THE DEFENDANT PLEADS    Guilty / Not Guilty / Nolo

**APPEARANCE, PLEA OF GUILTY AND WAIVER**

I, _____ have been advised that I am being charged with _____ and that the maximum punishment I can receive is _____ months imprisonment and/or a $ _____ fine.

I have been advised of my rights to be represented by counsel and have counsel appointed to represent me if I am indigent, plead not guilty and be tried by a jury or a judge, confront the witnesses against me, and not give incriminating evidence against myself. I hereby waive these rights, state that I have not been induced by any threat or promise to enter this plea and do freely and voluntarily enter my plea of:

**Guilty / Not Guilty / Nolo**

This _____ day of _____ , _____.

Accused _____

I, _____ have been advised the above-named accused as indicated above of his/her rights, the nature of the case against him/her, and the possible consequences of the plea as entered. I am satisfied that there is a factual basis for the guilty plea which the accused has entered and that it was entered freely and voluntarily with understanding of the nature of the charge and the consequences of the plea.

_____ Judge

**DISPOSITION AND SENTENCE**

Court _____ City _____

Defendant Pleads:    ☐ (3) Guilty    ☐ Not Guilty    ☐ (4) Nolo Cont'd

Trial:    ☐ Jury    ☐ Court Adjudicated    ☐ (1) Guilty    ☐ Not Guilty

Other Action:    ☐ (2) Bond Forfeiture    ☒ Nolle Prossed    ☐ No Bill    ☐ No Record

Sentence Amount Fine/Forfeiture $ _____

_____ Days (Months) in jail _____ Traffic School _____ Days (Months) Probation

Other order _____

Appeal Bond of $ _____ Filed (for _____ )

Appeal to _____ Court

As provided by law, I hereby certify that the information on this ticket is a true abstract of the record of this court or bureau in this case.

DISPOSITION DATE: **5/9/22**

s/ _____ 
Signature of Judge or Clerk

FORSYTH COUNTY GEORGIA
FILED IN THIS OFFICE

AUG 0 5 2020

CLERK SUPERIOR COU_____

20M – 1817 – B
CCD
**Citation Disposition**
2313554

**GIA**
**SUMMONS, ACCUSATION**

5800 — No.   3174322 — Citation Number

**SHERIFF`S OFFICE**

☒ AM ☐ PM

_____ (Day) 23 (Year) **2020** at **02:54**

Operator License No. **054110068**

License Class or Type **CM**   State **GA**   Endorsements **NONE**   Expires **2027**

Name **RICHARDSON, ROBERT E**

Address **60 LEE RD**

City **STOCKBRIDGE**   State **GA**   Zip Code **30281**

DOB **11/26/1989**   Hair **Black**   Hgt. **5'11**

Wgt. **165**   Race **B**   Sex **M**   Eyes **Brown**

Veh. Yr. **2020**   Make **Chevrolet**   Style **X6**

Color **Gray**

Registration No. **JMS4472**   Yr. **2022**   State **NY**

CDL ☐ YES ☒ NO   ACCIDENT ☐ YES ☒ NO   INJURIES ☐ YES ☒ NO   FATALITIES ☐ YES ☒ NO

☐ 2-LANE ROAD          ☐ DRIVER REQUESTED ACCURACY CHECK
Within the State of Georgia, did commit the following offense: SPEEDING - Clocked by
☐ VASCAR ☐ LASER ☐ RADAR ☐ PATROL VEHICLE ☐ OTHER
(Serial # _____ Calibration/Check _____ )

at _____ MPH in a _____ zone

DUI (Test Administered: ☐ BLOOD ☐ BREATH ☐ URINE ☐ OTHER )   **DUI Test** Results _____

TEST ADMINISTERED BY (If Applicable) _____

**Section II Violation**

OFFENSE (other than above **DUI -DRIVING UNDER THE INFLUENCE OF**

In Violation of Code Section **40-6-391(A)(2)** of ☒ State Law ☐ Local Ordinance

REMARKS/WITNESS: **SAID ABOVE ADMITTED TO SMOKING MARIJUANA BEFORE BEING STOPPED. SAID ABOVE FAILED TO STOP FOR FOR ABOUT 2 MILES.**

PARENT INFO.

| WEATHER | (A) ROAD (B) | TRAFFIC | LIGHTING |
|---|---|---|---|
| ☒ Clear | ☒ Dry  ☐ Concrete | ☒ Light | ☐ Daylight |
| ☐ Cloudy | ☐ Wet  ☒ Blacktop | ☐ Medium | ☒ Darkness |
| ☐ Raining | ☐ Ice  ☐ Dirt | ☐ Heavy | ☐ Other |
| ☐ Other | ☐ Other ☐ Other | | |

COMMERCIAL VEHICLE INFORMATION

☐ 16+ Passengers   ☐ Commercial Vehicle Violation   ☐ Hazardous Material Violation

County of _____ of (city) _____

on **MCGINNIS FERRY RD**

at or near mile post _____ or within (city) _____

At / on (secondary location) **WINDWARD PKWY**

OFFICER (Print) **SOUTHARD, M.**   Badge # **B3049**   Div. **STH**

You are hereby ordered to appear in Court to answer this charge on the

**6** day of **August** , 20 **20**
(See Bond
_____ at Sheet) ☐ AM ☐ PM in the **Forsyth County** Court

City **Cumming**   Georgia 30040

NOTICE: This citation shall constitute official notice to you that failure to appear in Court at the date and time stated on this citation to dispose of the cited charges against you shall cause the designated Court to forward your driver's license number to the Department of Driver Services, and your driver's license shall be suspended. (Georgia Code 17-6-11 and 40-5-56) The suspension shall remain in effect until such time as there is a satisfactory disposition in this matter or the Court notifies the Department of Driver Services.

LICENSE DISPLAYED IN LIEU OF BAIL ☐ YES ☒ NO  RELEASED TO: **JAIL**

SIGNATURE ACKNOWLEDGES SERVICE OF THIS SUMMONS AND RECEIPT OF COPY OF SAME

SIGNATURE _____

**ARRESTING OFFICER'S CERTIFICATION**
The undersigned has just and reasonable grounds to believe, and does believe, that the person named herein has committed the offense set forth, contrary to law.

SIGNATURE _____   Badge # **B3049**

AUTHORIZED AND APPROVED PURSUANT TO:
CODE 40-13-1 - D.D.S. REG. 375-3-4-.01

DATE _____ COURT ACTION AND OTHER ORDERS

The within complaint has been examined and there is probable cause for filing the same. Leave is hereby granted to file the complaint.

Complaint filed _____

Bail fixed at $ _____ or cash deposit of $ _____

_____        _____
Signature of person taking bail   Signature of person giving bail

Fine in the amount of $ _____ received as required by court schedule

_____
Signature of Clerk

Continuance to _____   Reason _____
Continuance to _____   Reason _____
Warrant Issued _____   Warrant Served _____
Waives Trial by Jury _____

ON ARRAIGNMENT, THE DEFENDANT PLEADS   **Guilty / Not Guilty / Nolo**

**APPEARANCE, PLEA OF GUILTY AND WAIVER**

I, _____ have been advised that I am being charged with _____ and that the maximum punishment I can receive is _____ months imprisonment and/or a $ _____ fine.

I have been advised of my rights to be represented by counsel and have counsel appointed to represent me if I am indigent, plead not guilty and be tried by a jury or a judge, confront the witnesses against me, and not give incriminating evidence against myself. I hereby waive these rights, state that I have not been induced by any threat or promise to enter this plea and do freely and voluntarily enter my plea of:

**Guilty / Not Guilty / Nolo**

This _____ day of _____ .

Accused _____

I, _____ have been advised the above-named accused as indicated above of his/her rights, the nature of the case against him/her, and the possible consequences of the plea as entered. I am satisfied that there is a factual basis for the guilty plea which the accused has entered and that it was entered freely and voluntarily with understanding of the nature of the charge and the consequences of the plea.

_____ Judge

**DISPOSITION AND SENTENCE**

Court _____ City _____

Defendant Pleads:   ☐ (3) Guilty   ☐ Not Guilty   ☐ (4) Nolo Cont'd

Trial:   ☐ Jury   ☐ Court Adjudicated   ☐ (1) Guilty   ☐ Not Guilty

Other Action:   ☐ (2) Bond Forfeiture   ☒ Nolle Prossed   ☐ No Bill   ☐ No Record

Sentence Amount Fine/Forfeiture $ _____

_____ Days (Months) in jail _____ Traffic School _____ Days (Months) Probation

Other order _____

Appeal Bond of $ _____ Filed (for _____ )

Appeal to _____ Court

As provided by law, I hereby certify that the information on this ticket is a true abstract of the record of this court or bureau in this case.

DISPOSITION DATE: **5/9/22**   s/ *RMcClelland*
Signature of Judge or Clerk

FORSYTH COUNTY GEORGIA
FILED IN THIS OFFICE

AUG 05 2020

CLERK SUPERIOR COURT